UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY ALKIRE; PATRICIA BADGER;         :
BELINDA BARNES; CAROL BLAIR; MARIE
BOYER; CHRIS BRACKEN; GRACE            :
BRELAND; RENEE BREWER; CYNTHIA
BRIGHT; GINA BYRD,                     :

       Plaintiffs,                     :   Civil Action
v.                                     :   No. 04-11053-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A   :
INTERNEURON PHARMACEUTICALS, INC.;     :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH            :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A        :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER            :
INGELHEIM PHARMACEUTICALS, INC.,
                                       :
       Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 25, 2004                         Respectfully submitted,
        Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
                                                Indevus Pharmaceuticals, Inc.