UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
MARY ALKIRE; PATRICIA BADGER; :
BELINDA BARNES; CAROL BLAIR; MARIE
BOYER; CHRIS BRACKEN; GRACE :
BRELAND; RENEE BREWER; CYNTHIA
BRIGHT; GINA BYRD, :

    Plaintiffs, :  Civil Action
v. :  No. 04-11053-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

    Defendants. :
------------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  August 25, 2004<br>        Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |